

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Robert Perry Hunsaker and
Jeanie Nell Hunsaker

\* From the 29th District Court
  of Palo Pinto County,
  Trial Court No. C48479.

Vs. No. 11-22-00108-CV

\* November 17, 2022

Sherry Richardson,

\* Per Curiam Memorandum Opinion
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has considered Appellants' unopposed motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the trial court's judgment—insofar as it awarded possession of the dog at issue—is vacated, and the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Robert Perry Hunsaker and Jeanie Nell Hunsaker.